UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) Plaintiff(s) | |
| | ) | |
| v. | ) | Case No. 05-cr-155-TCK |
| | ) | Date: 6-5-2006 |
| Lisa Jeanine Findley, AKA Sullins Holden | ) Defendant(s). | Court Time: 10:00 a.m. |

## MINUTE SHEET - ARRAIGNMENT and/or CHANGE of PLEA

Terence Kern, U.S. District Judge ✓    C. Smith, Deputy Clerk ✓    Terri Beeler, Reporter ✓

Counsel for Plaintiff: Charles McLoughlin ✓

Counsel for Defendant: Julia O'Connell, FPD ✓

Age of Defendant: 35    Interpreter: _____ ; [] sworn

Defendant appears in person: ■ with Counsel;  [] Counsel waived;  [] w/o Counsel;    Defendant: ■ Sworn;

Defendant waives: [] Indictment;  ■ Jury Trial;  [] Speedy Trial;  [] 30 Days Preparation;  [] Separate Representation;

■ Waivers approved by Court;

Defendant advised of: ■ charge and  [] arraigned

Indictment: [] Read  [] Reading waived  ✓ Summarized

■ Defendant acknowledges receipt of Indictment

■ Petition to enter plea of Guilty sworn and executed

■ Defendant enters guilty plea as to Count(s) 3 of the Indictment

[] Defendant enters not guilty plea as to Count(s) ___ of the Indictment  [] Schedule to be entered

■ Defendant withdraws not guilty plea(s) as to Count(s) 3 of the Indictment

■ Remaining Count(s) to be dismissed at sentencing: ___

■ Defendant relates facts of charge

[] Findings re: Plea Agreement made;   [] Findings re: Plea Agreement reserved

■ Defendant adjudged guilty as charged as to Count(s) 3 of the Indictment

■ Petition  [] and Plea Agreement approved and filed in open Court

■ SENTENCE SET 9/5/06 at 11:00 a.m.  ■ PSI ordered

[] Defendant allowed to stand on present bond;   [] Government stipulates, findings made

■ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____

_____

CR-01c (5/05)