UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                        Plaintiff,

vs.                                            Case Number: 06-CR-71-TCK; 05-CR-155-TCK
                                              Date: 10-30-2006
LISA JEANINE FINDLEY,                      Court Time: 1:30 p.m. — *2:28*
                      Defendant(s).               Actual Court Time:

## MINUTE SHEET - SENTENCING

Terence Kern, U.S. District Judge ✓    C. Smith, Deputy Clerk ✓    Terri Beeler, Reporter ✓
Counsel for Plaintiff: Charles McLoughlin ✓
Counsel for Defendant: Julia O'Connell ✓
Interpreter: _____ [] sworn

[✓] Defendant appears in person with counsel    [] Counsel waived    [] Contested [] Uncontested
[✓] Plaintiff & Defendant reviewed PSI:    [✓] Objections by: [] Pltf [✓] Deft; [] No Objections;    [] Court adopts
[✓] 18:3553 Findings re: PSI/Sentence made;    [] Findings re: Plea made
[✓] Sentence re: Guideline;    [] Departure: [] Upward [] Downward;    [] Findings made
[✓] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown:

**SENTENCE:** As to Count(s) *Ct 3 in 05-CR-155 / Ct 1 in 06-CR-71* of the Indictment:    TOTAL — *26 mos.*

[✓] Bureau of Prison for a term of *20 mos as to Ct 3 in 05-CR-155* / *6 mos " " " 1 in 06-CR-71*    [] Concurrent [✓] Consecutive
[✓] Probation for a term of _____    [] Concurrent [] Consecutive
[✓] Supervised Release for a term of *5 years Ct 3 - 05-CR-155, 3 yrs Ct 1 06-CR-71*    [✓] Concurrent [] Consecutive
[✓] Fine: $_____ [] with interest [] interest waived
[✓] Restitution: *05-CR-155* $*188,149* [✓] with interest [✓] interest waived
[✓] Special Monetary Assessment: $*200* [✓] due immediately [] as directed: _____

Witness
1. *Danny Williams (1:35 - 2:00)*
2. *Jeanine Findley (2:00 - 2:03)*

**STANDARD CONDITIONS** including the following additional conditions:

[✓] Defendant shall abide by Special Financial Conditions
[✓] Defendant shall abide by Special Search and Seizure Conditions
[] Defendant shall abide by Special Sex Offender Conditions
[] Defendant shall participate in a program of mental health treatment
[] Deft shall participate in a program of testing and treatment (to include inpatient) for drug and alcohol abuse as directed by the Probation Officer
[✓] Deft shall, at the direction of the Probation Officer, cooperate with and submit to collection of a DNA sample for the submission to the Combined DNA Index System
[] Deft shall be placed on home detention to include electronic monitoring at the discretion of the Probation Officer for a period of ____ months to commence within ____ hrs. of the sentencing date. The entire cost of this program shall be paid by: [] Prob [] Deft
[] As a condition of Supervised Release, upon completion of imprisonment term, defendant shall surrender to a duly-authorized immigration official for deportation in accordance with the established procedures provided by Immigration and Naturalization Act. It is a further condition of Supervised Release, if ordered deported, defendant to remain outside the U.S. until termination of the term of Supervised Release

[✓] Defendant advised of right to appeal    [] Defendant gives oral notice of appeal
[] Bond exonerated    [] Appeal bond set: $_____ ([] Cash or [] Surety); [] Findings made
[✓] Remaining counts ordered dismissed: *1, 2, 4, 5 of 05-CR-155*
[] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution; [] Findings made
[] Court makes the following recommendation to BOP: [✓] designate a facility located near or in: *Carswell TX near OK*
    [] other: *(if BOP finds alcohol addiction)*
[] Defendant remanded to custody of U.S. Marshal    [✓] 500 Hour Comprehensive Drug Treatment Program
Additional Minutes: *Aos oby to less amount - Overruled Gov't's Exhibits 1-10 offered and admitted w/ no objection.*

Minute Sheet Sentencing                                                                      CR-01b (9/05)